2042099

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

FILED
APR 17 2006
MICHAEL GANS
CLERK OF COURT

William K. Suter
Clerk of the Court
(202) 479-3011

April 13, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
MAY 15 2006
CLERK, US DIST. COURT
ST. PAUL, MN

CR 02-220 JMR/FLN

Re: James Hull
v. United States
No. 05-10317
(Your No. 04-1607)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 3, 2006 and placed on the docket April 13, 2006 as No. 05-10317.

Sincerely,

**William K. Suter**, Clerk

by

Clayton Higgins
Case Analyst

SCANNED
MAY 15 2006
U.S. DISTRICT COURT ST. PAUL

RECEIVED
APR 17 2006
U. S. COURT OF APPEALS
EIGHTH CIRCUIT