2049516

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

RECEIVED
05 JUN -6 AM 10:43
CLERK, U.S. ... COURT
ST. PAUL, MN

FILED
MAY 19 2006
MICHAEL GANS
CLERK OF COURT

**William K. Suter**
Clerk of the Court
(202) 479-3011

May 15, 2006

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

CR 02-220 JMR/FLN

Re: James Hull
v. United States
No. 05-10317
(Your No. 04-1607)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**William K. Suter**, Clerk

RECEIVED
MAY 19 2006
U.S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
JUN 06 2006
U.S. DISTRICT COURT ST. PAUL