UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-220(JMR/FLN)
07-CV-2291(JMR)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| James Hull | ) | |

The Court hereby directs the government to respond to petitioner's 2255 motion to vacate, set aside, or correct sentence by Tuesday, July 10, 2007.

IT IS SO ORDERED.

Dated: May 24, 2007

s/James M. Rosenbaum
JAMES M. ROSENBAUM
United States Chief District Judge