**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2007, I served, or caused to be served, the following documents:

**OPPOSITION OF THE UNITED STATES TO DEFENDANT HULL'S MOTION PURSUANT TO 28 U.S.C. § 2255**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

James Hull
92389-011
CI Taft
P.O. Box 7001
Taft, CA 93268

RACHEL K. PAULOSE
United States Attorney

*s/Pat Schones*

BY: PAT SCHONES
Legal Assistant